NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-374, 06-375

IRVING CEASAR, ET AL.
VERSUS
SHERIFF SIDNEY HEBERT, ET AL.

CONSOLIDATED WITH

JERRY WAYNE CORSEY
VERSUS
IBERIA PARISH GOVERNMENT, ET AL.

************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 100,030-A, 100,033-A
HONORABLE GERARD B. WATTINGNY, DISTRICT JUDGE

************

MARC T. AMY
JUDGE

************

Court composed of Jimmie C. Peters, Marc T. Amy, and James T. Genovese, Judges.

MOTION TO DISMISS APPEAL DENIED.

Mark M. Gonzalez
Scheuermann & Jones
909 Poydras Street, Suite 2556
New Orleans, LA 70170
(504) 525-4361
COUNSEL FOR PLAINTIFF/APPELLANT:
    Jerry Wayne Corsey

**Noland J. Hammond**
**Hammond Law Office**
**Post Office Box 1841**
**Alexandria, LA 71309**
**(318) 433-7191**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Jerry Wayne Corsey**
    **Irving Ceasar**
    **Ronald Foster**

**Joseph L. Ferguson**
**Post Office Box 9804**
**New Iberia, LA 70562**
**(337) 365-6789**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Sheriff Sid Hebert**
    **Glynn Reaux**
    **Commonwealth Insurance Company**

**Morris Haik, Jr.**
**110 W. Washington**
**New Iberia, LA 70561**
**(337) 560-4357**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Iberia Parish Government**